# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JATINKUMAR PARIKH, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATION MANAGEMENT CORP., TODD S. NELSON, EDWARD H. WEST, JOHN R. MCKERNAN, JR., PAUL J. SALEM, ADRIAN M. JONES, JEFFREY T. LEEDS, PETER O. WILDE, LEO F. MULLIN, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC, BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES LLC, and MORGAN STANLEY & CO. INC.<br><br>Defendants. | **CA NO.: 1:10-cv-11723-NMG** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. 41(a), plaintiff hereby dismisses this action, which has not been certified as a class action, without prejudice.

Dated: October 13, 2010

GILMAN AND PASTOR, LLP

By:   s/ Kenneth G. Gilman _____
Kenneth G. Gilman
Gilman and Pastor LLP
16 Fourteenth Avenue
Wareham, MA 02571
Telephone: (508) 291-8400
Facsimile: (508) 291-3258
Email: kgilman@gilmanpastor.com

**<u>Certificate of Service</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 13, 2010.

/s/  Kenneth G. Gilman
Kenneth G. Gilman